Oscar S. STALEY and D. J. (Spec) Clark, Appellants, v. UNITED STATES of America.

No. 11808.

Circuit Court of Appeals, Eighth Circuit.

Sept. 9, 1940.

Mathers & Mathers, of Oklahoma City, Okl., and Williams & Cowan, of Norman, Okl., for appellants.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellants and stipulation of parties.

Harold TAYSON, Appellant, v. UNITED STATES of America.

No. 11844.

Circuit Court of Appeals, Eighth Circuit.

Sept. 3, 1940.

Walter F. Maley, of Des Moines, Iowa, for appellant.

Edward G. Dunn, U. S. Atty., of Mason City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for failure to comply with rules.

Earl TRUAX, Appellant, v. GREAT NORTHERN RAILWAY COMPANY, a Foreign Corporation.

No. 11848.

Circuit Court of Appeals, Eighth Circuit.

Sept. 9, 1940.

C. J. Murphy, of Grand Forks, N. D., for appellant.

Chas. A. Lyche, of Grand Forks, N. D., for appellee.

PER CURIAM.

Appeal docketed and dismissed without taxation of costs in favor of either of the parties in this Court, per stipulation.

UNITED STATES of America, Appellant, v. John Henry CULPEPPER, an Insane Person, by Carlyle Poe, Guardian.

No. 11842.

Circuit Court of Appeals, Eighth Circuit.

Sept. 3, 1940.

Charles L. Chalender, Atty., Department of Justice, and Richard K. Phelps, Acting U. S. Atty., both of Kansas City, Mo., for appellant.

Lawrence E. Goldman and Frank R. Daley, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant and stipulation of parties.